UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Louis Glunz Beer, Inc.
                Plaintiff,

v.                                          Case No.: 1:23−cv−14872
                                                    Honorable Sara L. Ellis

Sapporo U.S.A, Inc.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: In light of Plaintiffs' notice of no opposition [24], the Court grants Defendant's motion to reassign and consolidate [20]. The Court reassigns Burke Beverage, Inc. v. Sapporo U.S.A., Inc., No. 23−cv−14885 as related to Louis Glunz Beer, Inc. v. Sapporo U.S.A., Inc., No. 23−cv−14872, and consolidates both cases. Status hearing set for 3/13/24 is stricken and reset to 9/4/2024 at 9:30 AM. The Court vacates any deadlines set in Case No. 23−cv−14885 and the referral to Magistrate Judge Gilbert for discovery supervision in that case. Fact discovery in the consolidated case closes on 8/30/2024. The parties should file a joint status report by 8/28/2024 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery and summary judgment briefing, where applicable. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.